UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States Of America,** | CASE NO.:  21CR3543-JLS |
| Plaintiff, | Hon. Janis L. Sammartino |
| v. | **ORDER** |
| **Luis Alberto Rodelo,** | |
| Defendant. | |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting currently set for March 4, 2022, at 1:30 p.m. be continued to April 1, 2022, at 1:30 p.m. The Court further orders that the time necessary for the continuance is excluded under the Speedy Trial Act to allow defense counsel to prepare and in the interests of justice.

**SO ORDERED.**

Dated:  February 22, 2022

Hon. Janis L. Sammartino
United States District Judge