# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>LUIS ALBERTO RODELO,<br><br>  Defendant. | Case No.: 3:21-cr-03543-JLS-1<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE AND EXCLUDE TIME** |

After consideration of the Joint Motion to Continue and Exclude Time, the Court finds good cause to **GRANT** the motion. It is hereby **ORDERED** as follows:

1. The Motion Hearing/Trial Setting Hearing currently scheduled for April 1, 2022, is hereby continued until May 6, 2022 at 1:30 p.m.

2. Time pursuant to the Speedy Trial Act shall be excluded through May 6, 2022.

**IT IS SO ORDERED.**

Dated:  March 29, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge